IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-03132-RPM

ROBERT DIENES,

    Plaintiff,

v.

VISITING NURSE CORPORATION OF COLORADO,

    Defendant.

_____

ORDER OF DISMISSAL
_____

    Pursuant to the Stipulation of Dismissal with Prejudice [17] filed March 31, 2015, it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

    DATED:   April 1st, 2015

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge